**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2091**

WADDELL BYNUM, JR.,

Plaintiff - Appellant,

v.

SOUTHWEST AIRLINES,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:19-cv-00317-GCM)

Submitted:  January 29, 2020                    Decided:  February 10, 2020

Before NIEMEYER, AGEE, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Waddell Bynum, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Waddell Bynum, Jr., appeals the district court's order and judgment dismissing his complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bynum v. Sw. Airlines*, No. 3:19-cv-00317-GCM (W.D.N.C. Sept. 16, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*